MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

*RECEIVED 09 NOV 24 PM 12:16 U.S. BANKRUPTCY COURT ST. PAUL*

#1539

## UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5 FOR DEPOSIT TO COURT REGISTRY FUND

DEBTOR: Associated Wood Products, Inc.

CASE NUMBER: 04-36650:

PLEASE CHECK ONE:

☐ UNCLAIMED DIVIDENDS

☒ DISTRIBUTION LESS THAN $5

| CREDITOR (NAME AND LAST KNOWN ADDRESS) | CLAIM NO. | AMOUNT CLAIMED | DISTRIBUTION AMOUNT |
|---|---|---|---|
| Yale Mechanical 9649 Girard Ave. S. Minneapolis, MN 55431 | 2 | $412.75 | $.47 |
| Youngblood Lumber Co. 1335 Central Ave. NE Minneapolis, MN 55413-1585 | 3 | $4239.78 | $4.83 |
| Industrial Lumber & Plywood Inc. 4100 Washington Ave. N. Minneapolis, MN 55412 | 4 | $2447.85 | $2.83 |
| Car Quest of Rosemount 3320 West 151st Rosemount, MN 55068 | 5 | $292.65 | $.33 |
| Holdahl Company 1925 Annapolis Lane Plymouth, MN 55441 | 7 | $458.50 | $.53 |
| Twin City Creative Mirror 14265 Burnsville Parkway Burnsville, MN 55306 | 8 | $2166.16 | $2.48 |
| Thomas F. Miller PA 130 Lake St. W Wayzata, MN 55391 | 9 | $1395.00 | $1.59 |

MN-305
(10/00)

| | | | |
|---|---|---|---|
| Nob Hill Decorative Hardware Co.<br>3027 Holmes Ave. S.<br>Minneapolis, MN 55408 | 11 | $833.08 | $.95 |
| Diamond Metal Products<br>13815 Lincoln St. NE<br>Ham Lake, MN 55304 | 12 | $2137.28 | $2.44 |
| Hancock Tool Co.<br>12000 Riverwood Drive<br>Burnsville, MN 55337 | 13 | $1879.95 | $2.15 |
| Navy Island Plywood, Inc.<br>275 Marie Ave. E.<br>West St. Paul, MN 55118 | 15 | $3216.82 | $3.67 |
| Cole Papers, Inc.<br>PO Box 2967<br>Fargo, ND 58108 | 16 | $649.34 | $.75 |
| Dynamex Deliveries (Roadrunner)<br>2395 Capp Rd.<br>St. Paul, MN 55114 | 17 | $924.41 | $1.06 |
| Continental Safety Equipment<br>899 Apollo Road<br>Eagan, MN 55121-2296 | 19 | $182.19 | $.20 |
| Astleford Internation and Isuzu<br>12541 Dupont Ave.<br>Burnsville, MN 55337 | 20 | $3181.65 | $3.63 |
| Hafele America Co.<br>PO Box 75352<br>Charlotte, NC 28275 | 21 | $205.49 | $.23 |
| Chemco Manufacturing Co, Inc.<br>PO Box 88657<br>Chicago, IL 60680-1657 | 22 | $219.05 | $.25 |
| S&S Custom Woodworks<br>141 Industrial Blvd.<br>Waconia, MN 55387 | 24 | $1897.71 | $2.16 |
| Twin City Hardware<br>723 Hadley Ave. N.<br>Oakdale, MN 55128 | 26 | $842.81 | $.96 |

MN-305
(10/00)

| | | | |
|---|---|---|---|
| Reese Enterprises, Inc.<br>16360 Asher Ave.<br>PO Box 459<br>Rosemount, MN 55068 | 27 | $76.80 | $.09 |
| Hardware Distributors Ltd.<br>5 Industrial Blvd.<br>Sauk Rapids, MN 56379 | 29 | $3146.51 | $3.59 |
| Apple Valley Medical<br>14655 Galaxie Ave.<br>Apple Valley, MN 55124 | 30 | $508.63 | $.58 |
| Aim Fire and Safety<br>14276 Allen Blvd.<br>Savage, MN 55378 | 32 | $434.11 | $.49 |
| Scherer Brothers Lumber Co.<br>9401 73rd Ave. N., Ste. 400<br>Brooklyn Park, MN 55428 | 33 | $1205.74 | $1.37 |
| SCM Group<br>2475 Satellite Blvd.<br>Duluth, GA 30096 | 34 | $156.86 | $.18 |
| Bredemus Hardware Co, Inc.<br>1285 Sylvan St.<br>St. Paul, MN 55117-4624 | 37 | $283.81 | $.32 |
| National Casein<br>601 W. 80th St.<br>Chicago, IL 60620-2502 | 40 | $802.08 | $.91 |
| Rapit Printing<br>7512 Lyndale Ave. S<br>Minneapolis, MN 55423 | 42 | $347.60 | $.39 |
| Barry Sewall Industrial Supply Co.<br>2001 Broadway NE<br>Minneapolis, MN 55413-1714 | 44 | $671.89 | $.76 |
| Glacial Wood Products, Inc.<br>PO Box 459<br>530 1st St.<br>Brooten, MN 56316 | 45 | $2712.58 | $3.10 |
| Anderson Diesel Truck Serv, Inc.<br>3686 140th St. E, Suite B<br>Rosemount, MN 55068 | 47 | $549.88 | $.63 |

MN-305
(10/00)

| | | | |
|---|---|---|---|
| Ferrellgas, Inc.<br>One Liberty Plaza<br>Liberty, MO 64068 | 48 | $1108.83 | $1.27 |
| Michael Weinig, Inc.<br>124 Crosslake Park Drive<br>Mooresville, NC 28117 | 49 | $1343.99 | $1.54 |
| Replenex<br>9815 W. 74th St.<br>Eden Prairie, MN 55344 | 52 | $304.60 | $.35 |
| Minneapolis Glass<br>14600 28th Ave. N.<br>Plymouth, MN 55447 | 55 | $2187.72 | $2.50 |
| USF Holland<br>750 East 40th St.<br>PO Box 9021<br>Holland, MI 49422-9021 | 56 | $417.88 | $.48 |
| Industrial Lumber & Plywood, Inc.<br>4100 Washington Ave. N<br>Minneapolis, MN 55412 | 60 | $2809.55 | $3.20 |
| Wilsonart International<br>9201 Wyoming Ave. N., Ste. 100<br>Brooklyn Park, MN 55445 | 63 | $376.00 | $.43 |
| FIT Right Employment<br>4444 W. 76th St., Ste. 100<br>Edina, MN 55435 | 67 | $2806.27 | $3.20 |
| Frontier Communications<br>Attn: Ann M. Lembaris<br>180 S. Clinton Ave.<br>Rochester, MN 14646 | 75 | $268.29 | $.31 |
| US Bank<br>Retail Payment Solutions<br>PO Box 5229<br>Cincinnati, OH 45201-5229 | 76 | $1580.00 | $1.81 |
| Waste Management<br>2421 W. Peoria Ave., Ste 110<br>Phoenix, AZ 85029 | 77 | $185.14 | $.22 |

MN-305
(10/00)

DATE  11/23/09

_____
TRUSTEE

DISTRIBUTION:
    Original to Clerk of Court

# PATTI J. SULLIVAN
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

1595 Selby Avenue, Suite 205, St. Paul, MN 55104
Telephone: (651) 699-4825
Facsimile: (651) 699-4831

November 23, 2009

Clerk of Bankruptcy Court
U.S. Bankruptcy Court
200 Warren Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Re:   Associated Wood Products, Inc.
      Bankruptcy Case No.: 04-36650

To Whom It May Concern:

Enclosed herein, please find the Trustee's Unclaimed Dividend/Distribution Less Than $5 for Deposit to Registry Funds report, along with check no. 244 in the amount of $59.23 regarding the above-referenced case. If you have any questions, please feel free to contact me. Thank you.

Sincerely,

Patti J. Sullivan
Trustee in Bankruptcy

PJS:pamc

Enclosures