MN-305
(10/00)

#1814
MD

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

RECEIVED

10 FEB 23 AM 9: 23

U.S. BANKRUPTCY COURT
ST. PAUL, MN

UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR(S):    Associated Wood Products, Inc.

CASE NUMBER:    04-36650:

PLEASE CHECK ONE:

☒    UNCLAIMED DIVIDENDS

☐    DISTRIBUTION LESS THAN $5

| CREDITOR (NAME AND LAST KNOWN ADDRESS) | CLAIM NO. | AMOUNT CLAIMED | DISTRIBUTION AMOUNT |
|---|---|---|---|
| FOREST SPECIALTIES INC<br>PO BOX 527<br>HUMBOLDT  IA    50548 | 72 | $34,346.95 | 39.21 |

DATE  2/22/10

TRUSTEE PATTI J. SULLIVAN

DISTRIBUTION:
    Original to Clerk of Court